IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00310-RJC-DSC

| USA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JALEN CHRISTOPHER DAVIDSON | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon its own motion.

This matter was scheduled for July 19, 2019 for final revocation hearing along with a sentencing hearing in Case No. 3:18-cr-282. The Court granted the defendant's motion to continue the sentencing, (Doc. No. 63: Order), and finds good cause to continue this matter as well.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: July 15, 2019

Robert J. Conrad, Jr.
United States District Judge